# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.  10-CR-20800-KING

UNITED STATES OF AMERICA,

v.

CORWIN DANTZLE,

       Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE'S ORDER

**THIS CAUSE** comes before the Court upon Magistrate Judge Peter R. Palermo's April 13, 2012 Report and Recommendation (DE #240). Therein, Magistrate Judge Palermo recommends that court-appointed attorney Barry Butin receive $11,904.84 as fair and final compensation for his complex and extended representation of Defendant Corwin Dantzle. After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that Magistrate Judge Peter R. Palermo's April 13, 2012 Report and Recommendation **(DE #240)** be, and the same is, hereby **AFFIRMED and ADOPTED.** Compensation in the amount of $11,904.84 will be approved by separate Order of the Court.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of April, 2012.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

**cc:**

***Counsel for the United States***
**Michael E. Gilfarb**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9015
Fax: 530-7976
Email: Michael.Gilfarb@usdoj.gov

**Arimentha R. Walkins**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9091
Fax: 305-536-7599
Email: arimentha.walkins@usdoj.gov

**Roy Altman**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Email: Roy.altman@usdoj.gov


***Counsel for Defendant***


**Barry Butin**
101 SE 10th Street
Fort Lauderdale, FL 33316
Email: bbcrimdef@aol.com